Joan UCIECHOWSKI, Plaintiff–Appellant,

v.

TOWN OF FALLSBURG, Ivan Kalter, Matthew R. Robinson, Tracy Scheuering, aka Tracy Green, Brendan Pavese, Jason Berger, County of Sullivan, and Joey Z. Drillings, Defendants–Appellees.

No. 13–3739.

United States Court of Appeals, Second Circuit.

Oct. 14, 2014.

Joan Uciechowski, pro se, Hurleyville, N.Y., for Plaintiff–Appellant.

Stephen J. Gaba, Drake, Loeb, Heller, Kennedy, Gogerty, Gaba & Rodd PLLC (Adam L. Rodd, on the brief), New Windsor, N.Y., for Town of Fallsburg, Ivan Kalter, Matthew R. Robinson, Tracy

**44**

Scheuering, aka Tracy Green, Brendan Pavese, and Jason Berger, Thomas J. Cawley, Sullivan County Attorney's Office, Monticello, N.Y., for County of Sullivan and Joey Z. Drillings, for Defendants–Appellees.

PRESENT: ROSEMARY S. POOLER, REENA RAGGI and PETER W. HALL, Circuit Judges.

### SUMMARY ORDER

Joan Uciechowski, proceeding pro se, appeals from a judgment entered on September 4, 2013, in the United States District Court for the Southern District of New York (Briccetti, *J.*) granting summary judgment in favor of the defendants and dismissing her complaints brought under 42 U.S.C. § 1983 and New York State law. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review orders granting summary judgment de novo and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, LLP*, 321 F.3d 292, 300 (2d Cir.2003). We are required to resolve all ambiguities and draw all inferences in favor of the nonmovant. *See Nationwide Life Ins. Co. v. Bankers Leasing Ass'n, Inc.*, 182 F.3d 157, 160 (2d Cir. 1999).

A plenary review of the record reveals that the district court properly granted summary judgment in favor of the defendants. We affirm substantially for the reasons set forth by the district court in its thorough and well-reasoned decision. Additionally, Uciechowski failed to raise any arguments either with respect to her state law claims or claims based on events oc-

curring before March 3, 2008. She has therefore waived review of these issues on appeal. *See LoSacco v. City of Middletown*, 71 F.3d 88, 92–93 (2d Cir.1995).

We have considered all of Uciechowski's arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court. Each side to bear its own costs.